UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                          :

J.S.P.A, a minor, by through his next friend and :
attorney, Jocabed Rosario,
                                          :

                        Petitioner,   :           26-CV-5903 (VSB)
                                          :

            -against-           :      **ORDER TO SHOW CAUSE**
                                          :

ROBERT F. KENNEDY, JR., *et al.*,       :

                                          :

                     Respondents.  :
                                          :
---------------------------------------------------------- X
<u>VERNON S. BRODERICK, United States District Judge</u>:

        I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241, which was filed on July 13, 2026 at 4:21 p.m. ET.  (Doc. 1 ("Habeas Petition").)  Petitioner's counsel states that Petitioner is in the custody of the Office of Refugee Resettlement ("ORR") and currently detained at Catholic Guardian Services in Bronx, New York.  (*Id.* ¶ 10.)  Upon consideration of Petitioner's Habeas Petition, it is hereby ORDERED that:

1. To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States unless and until the Court orders otherwise.[1]

2. Petitioner shall not be transferred except to a facility within this District absent further order of this court in light of Petitioner's interest in participating in further proceedings before this Court and maintaining adequate access to legal counsel through these proceedings.[2]

---

[1] *See, e.g.*, *Loc. 1814, Int'l Longshoremen's Ass'n, AFL-CIO v. New York Shipping Ass'n, Inc.*, 965 F.2d 1224, 1237 (2d Cir. 1992) ("Once the district court acquires jurisdiction over the subject matter of, and the parties to, the litigation, the All Writs Act [28 U.S.C. § 1651] authorizes a federal court to protect that jurisdiction." (internal quotation marks omitted)); *Garcia-Izquierdo v. Gartner*, No. 04-CV-7377, 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) (observing that, under the All Writs Act, 28 U.S.C. § 1651, a district court "may order that a petitioner's deportation be stayed . . . when a stay is necessary to preserve the Court's jurisdiction of the case"); *Khalil v. Joyce*, No. 25-CV-1935 (S.D.N.Y. Mar. 10, 2025) (Doc. 9) (barring the government from removing petitioner from the United States until the Court could address his claim); *Kuprashvili v. Flanagan*, No. 25-CV-5268, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal to preserve the court's jurisdiction).

[2] *See Samb v. Joyce*, No. 25-CV-6373 (S.D.N.Y. Aug. 4, 2025) (Doc. 3) (collecting cases in support of enjoining

3. Respondents shall show cause, pursuant to 28 U.S.C. § 2243, why the Petition for Writ of Habeas Corpus should not be granted by **July 24, 2026**.

4. Petitioner shall have the opportunity to file a reply by **July 31, 2026**.

5. This matter shall be heard by the Court on **August 5, 2026 at 11:00 a.m. ET** in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007.

6. The parties shall also attend an initial telephonic case conference on **Friday, July 17 at 1:00 p.m. ET**.  The dial-in number is 1-855-244-8681 and the access code is 2309 3085 835.  There is no attendee ID.  The parties should be prepared to address venue, under what statutory provision petitioner is being detained, and provide additional details about petitioner's detention, such as any accompanying documents.

7. By **July 15, 2026**, Petitioner is directed to serve Respondents with a copy of the Habeas Petition and accompanying papers, along with a copy of this Order and promptly file proof of such service on the docket.  In the meantime, the Habeas Petition and this Order will be emailed to the Civil Division of the U.S. Attorney's Office for the Southern District of New York at the following email address: Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated:     July 14, 2026
           New York, New York

Vernon S. Broderick
United States District Judge

---

transfer of petitioner outside of New York City area).

2