UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S.P.A, a minor, by through his next friend and attorney, Jocabed Rosario,<br><br>Petitioner,<br><br>-against-<br><br>ROBERT F. KENNEDY, JR., *et al.*,<br><br>Respondents. | 26-CV-5903 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On September 23, 2026, the parties submitted agreed-upon redactions to certain case documents. (Doc. 18.) Accordingly, I hereby respectfully direct the Clerk of Court to unseal Documents 2–8, 11-4 (Exhibit D - Request for Risk Determination Hearing Form), and 12–15. All other case entries can remain under seal and viewable only to the parties and the Court.

SO ORDERED.

Dated: September 24, 2026
New York, New York

Vernon S. Broderick
United States District Judge